# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

161815

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MICHAEL DOUGLAS BROOKS,
    Defendant-Appellant.

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161815
COA: 346615
Shiawassee CC: 2018-002843-FC

_____/

On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals opinion affirming the defendant's sentence, we VACATE the sentence of the Shiawassee Circuit Court, and we REMAND this case to the trial court for resentencing. As explained by concurring and dissenting Judge Gleicher, the reasons given for the departure did not adequately account for the extent of the significant departure (25 years beyond the mandatory minimum). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021 _____



b0616

Clerk